UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      -v-

23 CR 516 (CM)

JOSE MATOS,

      Defendant.

ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE
A U.S. MAGISTRATE JUDGE

McMahon, J.:

On October 6, 2023, United States Magistrate Judge Stewart D. Aaron, presided over the plea allocution in the above captioned matter and reported and recommended that the named defendant's plea of guilty be accepted. The Court having reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record, finds that the plea accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure. Accordingly, the Court adjudges defendant guilty of the offense(s) to which the guilty plea was offered. The Clerk is directed to enter the plea.

District Court Judge

November 27, 2023
New York, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/23