# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 18, 2023

MEMO ENDORSED

Sentencing Adj to March 7, 2024, at 2 PM
/s/ Colleen McMahon

**By ECF and Email**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Jose Matos*, 23 Cr. 516 (CM)

Dear Judge McMahon:

I write without objection from the Government to request a one month adjournment of Jose Matos's sentencing hearing, currently set for January 23, 2024 at 2:00 p.m. Additional time will enable Mr. Matos to continue gathering letters and records in support of his request for a time-served sentence. I respectfully request a date after the week of February 19-23, 2024, which is mid-winter recess for the New York City schools.

As noted, the Government has no objection to this request. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770
ariel_werner@fd.org

cc: Henry Ross, Assistant U.S. Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/23